Joe Rane, appellee, v. Louis Asher, appellant. Gen. No. 33,478.

Opinion filed July 3, 1929.

Benjamin H. Vanderveld, for appellant; Eugene E. Bruckner, of counsel. Sidney F. Brown, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

National Bond & Investment Company, appellee, v. Mandel A. Cohen, appellant. Gen. No. 33,325.

Opinion filed July 3, 1929. Rehearing denied July 15, 1929.

Cohen, Tomas & Cohen, for appellant; George B. Cohen and Irwin H. Goldman, of counsel. John W. Creekmur and D. E. Hoopingarner, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

James H. Hooper and B. W. Snow, plaintiffs, v. Celle Becker and American Surety Company of New York, defendants. James H. Hooper, appellant. Gen. No. 33,347.

Opinion filed July 3, 1929. Rehearing denied July 15, 1929.

James H. Hooper, pro se, and Harold O. Mulks, for appellant. F. F. and J. V. Norcross and D. W. Elliott, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

A. F. Lewis, appellee, v. Heywood-Wakefield Company, appellant. Gen. No. 33,359.

Opinion filed July 3, 1929.

John A. Bloomingston, for appellant. William L. Hart, for appellee; William L. Hart and Joseph P. Brodie, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.